# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Michael Jude Billera    :    Chapter 13
           Cynthia M. Billera    :    No. 17-18394 ref

## ORDER

**AND NOW,** Debtors are granted until January 11, 2018 to file their Chapter 13 Schedules, Statement of Financial Affairs, Plan and all missing documents.

BY THE COURT:

**Date: December 29, 2017**

_____
Richard E. Fehling, Bankruptcy Judge