United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Jude Billera  
Cynthia M. Billera  
    Debtors

Case No. 17-18394-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Dec 29, 2017  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2017.  
db/jdb        Michael Jude Billera,   Cynthia M. Billera,   616 Parkway Road,   Allentown, PA  18104-4433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2017 at the address(es) listed below:  
             FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
             JOHN EVERETT COOK    on behalf of Debtor Michael Jude Billera bankruptcy@everettcooklaw.com,  
        G29494@notify.cincompass.com  
             JOHN EVERETT COOK    on behalf of Joint Debtor Cynthia M. Billera bankruptcy@everettcooklaw.com,  
        G29494@notify.cincompass.com  
             MATTEO SAMUEL WEINER    on behalf of Creditor   PNC Bank, National Association  
       bkgroup@kmllawgroup.com  
             United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                            TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Michael Jude Billera | : | Chapter 13 |
| | Cynthia M. Billera | : | No. 17-18394 ref |

## ORDER

**AND NOW,** Debtors are granted until January 11, 2018 to file their Chapter 13 Schedules, Statement of Financial Affairs, Plan and all missing documents.

BY THE COURT:

**Date: December 29, 2017**

_____
Richard E. Fehling, Bankruptcy Judge