**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | Michael Jude Billera | : | |
| --- | --- | --- | --- |
| | Cynthia M. Billera | : | Chapter 13 |
| | | : | No. 17-18394 ref |
| | | : | |

## CERTIFICATE OF NO RESPONSE

I, Everett Cook, Esquire, counsel for the Debtors, hereby certify that on December 15, 2017 a Motion to Impose Automatic Stay Pursuant to Section 362(c)(3) was served on the creditors and parties in interest listed on the attached Label Matrix for Local Noticing.

The above-named have failed to file on or before January 2, 2018 (19 Days from date of filing), any Answer, Objection or other responsive pleading.

Dated: 1/3/17

Respectfully submitted,
Signed: /s/ Everett Cook
By: Everett Cook, Esq.
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA, 18052
Bar I.D. #202039
Phone: (610) 351-3566

```
Label Matrix for local noticing          Reading                                Citibank N.A.
0313-4                                   400 Washington Street                  c/o Portfolio Recov Assoc
Case 17-18394-ref                        Suite 300                              120 Corporate Blvd Ste 100
Eastern District of Pennsylvania         Reading, PA 19601-3951                 Norfolk, VA 23502-4952
Reading
Fri Dec 15 11:14:41 EST 2017

First Federal Credit C                   Mohela/Dept of Ed                      Nissan Infdinity Lt
24700 Chagrin Blvd Ste 2                 633 Spirit Dr                          Attn: Bankruptcy
Cleveland, OH 44122-5662                 Chesterfield, MO 63005-1243            PO Box 660360
                                                                                Dallas, TX 75266-0360

Nissan Motor Acceptance Corp/Infinity Lt (p)NISSAN MOTOR ACCEPTANCE CORPORATION Oaa Orthopaedic Specialists
Attn: Bankruptcy                         LOSS RECOVERY                          c/o Penn Credit
PO Box 660360                            PO BOX 660366                          916 S 14th St
Dallas, TX 75266-0360                    DALLAS TX 75266-0366                   Harrisburg, PA 17104-3425

Penn Credit                              Pnc Bank                               Pnc Mortgage
916 S 14th St                            Attn: Bankruptcy                       PO Box 8703
Harrisburg, PA 17104-3425                249 5th Ave Ste 30                     Dayton, OH 45401-8703
                                         Pittsburgh, PA 15222-2707

Portfolio Recov Assoc                    Specialists Epgi Gastr                 United States Trustee
120 Corporate Blvd Ste 100               c/o First Federal Credit C             Office of the U.S. Trustee
Norfolk, VA 23502-4952                   24700 Chagrin Blvd Ste 2               833 Chestnut Street
                                         Cleveland, OH 44122-5647               Suite 500
                                                                                Philadelphia, PA 19107-4405

Cynthia M. Billera                       FREDERICK L. REIGLE                    JOHN EVERETT COOK
616 Parkway Road                         Chapter 13 Trustee                     The Law Offices of Everett Cook, P.C.
Allentown, PA 18104-4433                 2901 St. Lawrence Avenue               2309 MacArthur Road
                                         P.O. Box 4010                          Whitehall, PA 18052-4523
                                         Reading, PA 19606-0410

Michael Jude Billera
616 Parkway Road
Allentown, PA 18104-4433
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Nissan-Infiniti Lt                       End of Label Matrix
2901 Kinwest Pkwy                        Mailable recipients    18
Irving, TX 75063-5816                    Bypassed recipients     0
                                         Total                  18
```