UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Michael Jude Billera : | |
| | Cynthia M. Billera : | Chapter 13 |
| | : | No. 17-18394 ref |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Debtors' Motion to Impose the Automatic Stay with respect to all creditors, good cause and good faith appearing, it is hereby

**ORDERED** that the Debtors' Motion is granted and the Automatic Stay imposed by §362 of the Bankruptcy Code be and hereby is imposed with respect to all creditors.

BY THE COURT:

_____ J.

**Date: January 3, 2018**