United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-18394-ref
Michael Jude Billera                                                    Chapter 13
Cynthia M. Billera
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Jan 03, 2018
                              Form ID: pdf900         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db/jdb         Michael Jude Billera,    Cynthia M. Billera,    616 Parkway Road,    Allentown, PA 18104-4433
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14027956      +First Federal Credit C,    24700 Chagrin Blvd Ste 2,    Cleveland, OH 44122-5662
14027957       Mohela/Dept of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
14027960     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court: Nissan-Infiniti Lt,     2901 Kinwest Pkwy,    Irving, TX 75063-5816)
14027958       Nissan Infdinity Lt,    Attn: Bankruptcy,    PO Box 660360,    Dallas, TX 75266-0360
14027959       Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    PO Box 660360,
               Dallas, TX 75266-0360
14027961       Oaa Orthopaedic Specialists,    c/o Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14032788      +PNC Bank, National Association,    KML Law Group, P.C.,    701 Market Street, Ste 5000,
               Philadelphia, PA 19106-1541
14027962       Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14027963       Pnc Bank,   Attn: Bankruptcy,    249 5th Ave Ste 30,    Pittsburgh, PA 15222-2707
14027964       Pnc Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
14027966       Specialists Epgi Gastr,    c/o First Federal Credit C,    24700 Chagrin Blvd Ste 2,
               Cleveland, OH 44122-5647
14030523      +U S Department of Education/MOHELA,    633 Spirit Drive,    Chesterfield, MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: robertsl2@dnb.com Jan 04 2018 01:50:01     Dun & Bradstreet, INC,
               3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 04 2018 01:49:54
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 04 2018 01:50:04     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14027955       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2018 01:58:06     Citibank N.A.,
               c/o Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
14027965       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2018 01:58:06
               Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOHN EVERETT COOK    on behalf of Debtor Michael Jude Billera bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK    on behalf of Joint Debtor Cynthia M. Billera bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com

```
District/off: 0313-4          User: Lisa                 Page 2 of 2         Date Rcvd: Jan 03, 2018
                              Form ID: pdf900            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                         TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **Michael Jude Billera** | : | |
| | **Cynthia M. Billera** | : | **Chapter 13** |
| | | : | **No. 17-18394 ref** |
| | | : | |

### ORDER

**AND NOW,** upon consideration of the Debtors' Motion to Impose the Automatic Stay with respect to all creditors, good cause and good faith appearing, it is hereby

**ORDERED** that the Debtors' Motion is granted and the Automatic Stay imposed by §362 of the Bankruptcy Code be and hereby is imposed with respect to all creditors.

BY THE COURT:

_____ J.

**Date: January 3, 2018**