ALTOONA UC SERVICE CENTER
1101 GREEN AVE
ALTOONA PA 16601-3483

PHONE NO.: 888-313-7284
FAX NO.: 814-941-6801

**pennsylvania**
DEPARTMENT OF LABOR & INDUSTRY
OFFICE OF UNEMPLOYMENT COMPENSATION BENEFITS POLICY

DATE MAILED
OCT 06, 2017

# NOTICE OF FINANCIAL DETERMINATION

THIS FINANCIAL DETERMINATION ALONE DOES NOT ENTITLE YOU TO BENEFITS. A REVIEW OF YOUR EMPLOYMENT HISTORY AND PRESENT STATUS MUST ALSO BE MADE TO DETERMINE WHETHER YOU MEET ALL OF THE ELIGIBILITY REQUIREMENTS SPECIFIED IN THE LAW.

SOC.SEC.ACCT.NO. ___-6618

| OFFICE USE ONLY |
|---|
| AB 10/01/17 UC |
| CODE 1    MAX.WKS. 26 |
| PBC 120  WBR 400A* MBA 10400 |
| NO.DEP. 0    WDA 0    MDA 0 |
| SX- 2    OFFICE NO. 0994 |

CYNTHIA M. BILLERA
616 PARKWAY RD
ALLENTOWN PA 18104

Dear **MS. BILLERA**:

You recently filed an application for unemployment compensation benefits with the Office of UC Benefits. This financial determination notifies you that you are financially eligible for benefits. Your financial eligibility is based on the wages you were paid and the credit weeks you earned during your base year (the first four of the last five completed calendar quarters immediately prior to filing your claim) which is from **JUL 01, 2016** to **JUN 30, 2017**.

Our records show that during your base year, wages were reported by the following employer(s):

| Employer(s) | Employer(s) Acct. Number | Plant No. | Breakdown of Base-Year Wages by Quarter ||||  Total Wages Paid | Credit Weeks |
|---|---|---|---|---|---|---|---|---|
| | | | 3-16 | 4-16 | 1-17 | 2-17 | | |
| THE HOUSE | 75-21022 | | 5,600 | 9,800 | 8,400 | 10,165 | 33,965 | |
| Totals | | | 5,600 | 9,800 | 8,400 | 10,165 | 33,965 | 46 |

Your weekly benefit rate (WBR) is determined to be $400 based on a comparison of your highest quarter wages and your total base-year wages to the table for "Rate and Amount of Benefits". Your highest quarter (rounded to the nearest dollar) was the **2ND** quarter of **2017** when you were paid wages of **$10,165**. Your total base-year wages were **$33,965**.

Your benefit year provides you with a 52-week period beginning with the date of your application for unemployment compensation benefits. During this period, you may be entitled to benefits for those weeks when you are unemployed and meet the eligibility requirements of the Pennsylvania Unemployment Compensation (UC) Law. Your benefit year begins **OCT 01, 2017** and ends **SEP 29, 2018**.

The maximum number of full weeks of benefits you may be eligible to receive is determined by the number of credit weeks you had in your base year. Since you had **46** credit weeks, you qualify for **26** weeks of full benefits during your benefit year. Your maximum benefit entitlement during the benefit year is determined by multiplying your weekly benefit rate by the maximum number of full weeks available to you. Your maximum benefit entitlement is **$10,400**.

If your work hours are reduced due to lack of work, you may qualify for partial benefits. The Partial Benefit Credit (PBC) on your application is $120. During a claim week, if you earn more than your PBC but less than $520 you may qualify for partial benefits. YOU ARE REQUIRED TO REPORT ALL GROSS EARNINGS DURING ANY WEEK THAT YOU ARE FILING FOR BENEFITS REGARDLESS OF WHETHER THE AMOUNT IS ABOVE OR BELOW YOUR PARTIAL BENEFIT CREDIT. For further information about the PBC, see the reverse side.

Also, you will receive an additional $0 dependent's allowance for each week claimed during your benefit year. This allowance is for 0 dependent(s). The maximum amount of dependent's allowance available to you during the benefit year is $0.

* The Law contains solvency provisions that apply when the balance in the Unemployment Compensation Trust Fund is low. The balance in the Fund has declined to a level where benefit payments for weeks ending on or after January 5, 2013, must be reduced by 1.7 percent.

Right of Appeal — The last day to timely appeal this determination is: **OCT 23, 2017**. If you disagree with this determination, you may appeal. If you want to file an appeal, you must do so on or before the date shown above. For appeal information and instructions, see enclosed Form UC-47, APPEAL INSTRUCTIONS.

UC-44F CODE 1 REV 01-13