BETTER HOMES AND GARDENS REAL ESTATE
VALLEY PARTNERS - OPERATING ACCOUNT
Mike Billera

3768

6/14/2017

3540 Shiloh Ct-Gladys/Espinal

2,474.55

KNBT Bank          3540 Shiloh Ct-Gladys/Espinal                                    2,474.55

BETTER HOMES AND GARDENS REAL ESTATE
VALLEY PARTNERS - OPERATING ACCOUNT
Mike Billera

3768

6/14/2017

3540 Shiloh Ct-Gladys/Espinal

2,474.55

KNBT Bank          3540 Shiloh Ct-Gladys/Espinal                                    2,474.55

SF6001NL-1             TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-203-9878         C7N8530010000   8135F0117N

EB13C7 STKDK03 04/28/2017 19:03 -20-

BETTER HOMES AND GARDENS REAL ESTATE
VALLEY PARTNERS - OPERATING ACCOUNT
Mike Billera

3789

6/27/2017

124 W. School St-Getz & Caffrey/Boehner

1,546.59

KNBT Bank          124 W. School St-Getz & Caffrey/Boehner

1,546.59

BETTER HOMES AND GARDENS REAL ESTATE
VALLEY PARTNERS - OPERATING ACCOUNT
Mike Billera

3789

6/27/2017

124 W. School St-Getz & Caffrey/Boehner

1,546.59

KNBT Bank          124 W. School St-Getz & Caffrey/Boehner

1,546.59

SF5001NL-1        TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-203-9828        C7N8530010000    813SFG

EB13C7 STKDK03 04/28/2017 19:03 -4

BETTER HOMES AND GARDENS REAL ESTATE
VALLEY PARTNERS - OPERATING ACCOUNT
Mike Billera

**3808**

6/30/2017
305 Surrey Pl-The NO-BS group LLC/Winkler & Buffi     5,648.70

KNBT Bank     305 Surrey Pl-The NO-BS group LLC/Winkler &     5,648.70

BETTER HOMES AND GARDENS REAL ESTATE
VALLEY PARTNERS - OPERATING ACCOUNT
Mike Billera

**3808**

6/30/2017
305 Surrey Pl-The NO-BS group LLC/Winkler & Buffi     5,648.70

KNBT Bank     305 Surrey Pl-The NO-BS group LLC/Winkler &     5,648.70

SF5001NL-1     TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-203-9628     C7N8630010000    813SF01775

EB13C7 STKDK03 04/28/2017 19:03 -60-

BETTER HOMES AND GARDENS REAL ESTATE
VALLEY PARTNERS - OPERATING ACCOUNT
Mike Billera

**3809**

7/3/2017

3007 Hokendauqua-Klucsarics/Sturtevant

1,909.38

KNBT Bank    3007 Hokendauqua-Klucsarics/Sturtevant    1,909.38

BETTER HOMES AND GARDENS REAL ESTATE
VALLEY PARTNERS - OPERATING ACCOUNT
Mike Billera

**3809**

7/3/2017

3007 Hokendauqua-Klucsarics/Sturtevant

1,909.38

KNBT Bank    3007 Hokendauqua-Klucsarics/Sturtevant    1,909.38

SF500 INL-1    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-203-9828    C7N8530010000    8135F01779

EB13C7 STKDK03 04/28/2017 19:03 -6]-

BETTER HOMES AND GARDENS REAL ESTATE
VALLEY PARTNERS - OPERATING ACCOUNT
Mike Billera

**4078**

11/17/2017

1817 1/2 W. Union-Lorenzo/Urena

1,588.60

KNBT Bank          1817 1/2 W. Union-Lorenzo/Urena                    1,588.60

BETTER HOMES AND GARDENS REAL ESTATE
VALLEY PARTNERS - OPERATING ACCOUNT
Mike Billera

**4078**

11/17/2017

1817 1/2 W. Union-Lorenzo/Urena

1,588.60

KNBT Bank          1817 1/2 W. Union-Lorenzo/Urena                    1,588.60

SF5001NL-1     TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-203-9828     C88R9L0010000   B12SF017755

88A6E3 STKDKD3 09/19/2017 02:32 -80-