

**CITY OF ALLENTOWN**
ALLENTOWN, PA 18101

*PENSION EARNINGS STATEMENT*

Employee # P-001175

|  | Current | Year to Date |
|---|---|---|
| Gross Pay | 1,399.15 | 27,983.00 |
| Deductions | 1,399.15 | 27,983.00 |
| Net Check | 0.00 | 0.00 |
| Net Direct Deposit | 1,100.63 | |

Direct Deposit #: 927137
Issue Date: 29-Sep-2017
Period Ending: 22-Sep-2017
Warrant #: 000604

MICHAEL J BILLERA
616 PARKWAY RD
ALLENTOWN PA 18104

| WAGES | Amount | Year-to-Date |
|---|---|---|
| Pension | 1,399.15 | 27,983.00 |
| **WITHHOLDINGS** | **Amount** | **Year-to-Date** |
| Federal Tax | 61.00 | 1,220.00 |
| Medical Traditional | 237.52 | 4,750.40 |
| Net Direct Deposit | 1,100.63 | 22,012.60 |
| **DIRECT DEPOSIT** | **Amount** | |
| NATIONAL PENN BANK | 1,100.63 | |

PLEASE DETACH BEFORE DEPOSITING



**CITY OF ALLENTOWN**
ALLENTOWN, PA 18101

PENSION CHECK

Date 29-Sep-2017

Direct Deposit # 927137

Pay **and xx/100 Dollar **

$**0.00**

WELLS FARGO BANK, N.A.

To the Order of:
MICHAEL J BILLERA
616 PARKWAY RD
ALLENTOWN PA 18104

**NON-NEGOTIABLE**



**CITY OF ALLENTOWN**
ALLENTOWN, PA 18101

*PENSION EARNINGS STATEMENT*

Employee # P-001175

| | Current | Year to Date |
|---|---|---|
| Gross Pay | 1,399.15 | 29,382.15 |
| Deductions | 1,399.15 | 29,382.15 |
| Net Check | 0.00 | 0.00 |
| Net Direct Deposit | 1,100.63 | |

Direct Deposit #: 927722
Issue Date: 13-Oct-2017
Period Ending: 06-Oct-2017
Warrant #: 000605

MICHAEL J BILLERA
616 PARKWAY RD
ALLENTOWN PA 18104

| WAGES | Amount | Year-to-Date |
|---|---|---|
| Pension | 1,399.15 | 29,382.15 |
| **WITHHOLDINGS** | **Amount** | **Year-to-Date** |
| Federal Tax | 61.00 | 1,281.00 |
| Medical Traditional | 237.52 | 4,987.92 |
| Net Direct Deposit | 1,100.63 | 23,113.23 |
| **DIRECT DEPOSIT** | **Amount** | |
| NATIONAL PENN BANK | 1,100.63 | |

PLEASE DETACH BEFORE DEPOSITING



**CITY OF ALLENTOWN**
ALLENTOWN, PA 18101

*PENSION CHECK*

Date   13-Oct-2017

Direct Deposit # 927722

Pay **and xx/100 Dollar**

$**0.00**

WELLS FARGO BANK, N. A.

To the Order of
MICHAEL J BILLERA
616 PARKWAY RD
ALLENTOWN PA 18104

**NON-NEGOTIABLE**

**CITY OF ALLENTOWN**
ALLENTOWN, PA 18101

*PENSION EARNINGS STATEMENT*

Employee # P-001175

| | Current | Year to Date |
|---|---|---|
| Gross Pay | 1,399.15 | 30,781.30 |
| Deductions | 1,399.15 | 30,781.30 |
| Net Check | 0.00 | 0.00 |
| Net Direct Deposit | 1,100.63 | |

Direct Deposit #: 928307
Issue Date: 27-Oct-2017
Period Ending: 20-Oct-2017
Warrant #: 000606

MICHAEL J BILLERA
616 PARKWAY RD
ALLENTOWN PA 18104

| WAGES | Amount | Year-to-Date |
|---|---|---|
| Pension | 1,399.15 | 30,781.30 |
| **WITHHOLDINGS** | **Amount** | **Year-to-Date** |
| Federal Tax | 61.00 | 1,342.00 |
| Medical Traditional | 237.52 | 5,225.44 |
| Net Direct Deposit | 1,100.63 | 24,213.86 |
| **DIRECT DEPOSIT** | **Amount** | |
| NATIONAL PENN BANK | 1,100.63 | |

PLEASE DETACH BEFORE DEPOSITING



**CITY OF ALLENTOWN**
ALLENTOWN, PA 18101

WELLS FARGO B
*PENSION CHECK*
DATE    27-Oct-2017

**Direct Deposit # 928307**

PAY ***AND XX/100 DOLLAR                                    $0.00

TO THE
ORDER OF   MICHAEL J BILLERA
616 PARKWAY RD
ALLENTOWN PA 18104

**NON-NEGOTIABLE**

**CITY OF ALLENTOWN**
ALLENTOWN, PA 18101

*PENSION EARNINGS STATEMENT*

Employee # P-001175

| | Current | Year to Date |
|---|---|---|
| Gross Pay | 1,399.15 | 32,180.45 |
| Deductions | 1,399.15 | 32,180.45 |
| Net Check | 0.00 | 0.00 |
| Net Direct Deposit | 1,100.63 | |

Direct Deposit #: 900331
Issue Date: 09-Nov-2017
Period Ending: 03-Nov-2017
Warrant #: 000608

MICHAEL J BILLERA
616 PARKWAY RD
ALLENTOWN PA 18104

| WAGES | Amount | Year-to-Date |
|---|---|---|
| Pension | 1,399.15 | 32,180.45 |
| **WITHHOLDINGS** | **Amount** | **Year-to-Date** |
| Federal Tax | 61.00 | 1,403.00 |
| Medical Traditional | 237.52 | 5,462.96 |
| Net Direct Deposit | 1,100.63 | 25,314.49 |
| **DIRECT DEPOSIT** | **Amount** | |
| NATIONAL PENN BANK | 1,100.63 | |

PLEASE DETACH BEFORE DEPOSITING



**CITY OF ALLENTOWN**
ALLENTOWN, PA 18101

TD BANK, N.A.
*PENSION CHECK*
DATE  09-Nov-2017

Direct Deposit # 900331

**PAY** ***AND XX/100 DOLLAR

$0.00

TO THE ORDER OF
MICHAEL J BILLERA
616 PARKWAY RD
ALLENTOWN PA 18104

*NON-NEGOTIABLE*



**CITY OF ALLENTOWN**
ALLENTOWN, PA 18101

*PENSION EARNINGS STATEMENT*

Employee # P-001175

| | Current | Year to Date |
|---|---|---|
| Gross Pay | 1,399.15 | 33,579.60 |
| Deductions | 1,399.15 | 33,579.60 |
| Net Check | 0.00 | 0.00 |
| Net Direct Deposit | 1,100.63 | |

Direct Deposit #: 900913
Issue Date: 22-Nov-2017
Period Ending: 17-Nov-2017
Warrant #: 000609

MICHAEL J BILLERA
616 PARKWAY RD
ALLENTOWN PA 18104

| WAGES | Amount | Year-to-Date |
|---|---|---|
| Pension | 1,399.15 | 33,579.60 |
| **WITHHOLDINGS** | **Amount** | **Year-to-Date** |
| Federal Tax | 61.00 | 1,464.00 |
| Medical Traditional | 237.52 | 5,700.48 |
| Net Direct Deposit | 1,100.63 | 26,415.12 |
| **DIRECT DEPOSIT** | **Amount** | |
| NATIONAL PENN BANK | 1,100.63 | |

PLEASE DETACH BEFORE DEPOSITING



**CITY OF ALLENTOWN**
ALLENTOWN, PA 18101

TD BANK, N.A.
*PENSION CHECK*
DATE 22-Nov-2017

**Direct Deposit # 900913**

PAY ***AND XX/100 DOLLAR                                    $0.00

TO THE ORDER OF
MICHAEL J BILLERA
616 PARKWAY RD
ALLENTOWN PA 18104

**NON-NEGOTIABLE**