**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michael Jude Billera,<br>aka Michael Billera,<br>aka Michael J. Billera<br>&<br>Cynthia M. Billera,<br>aka Cynthia Billera,<br>aka Cynthia Marie Billera<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-18394 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

    Respectfully submitted,

    **/s/ Kevin G. McDonald, Esquire**
    Kevin G. McDonald, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322