# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael Jude Billera aka Michael Billera, aka Michael J. Billera<br>Cynthia M. Billera aka Cynthia Billera, aka Cynthia Marie Billera<br>                                Debtor(s) | CHAPTER 13 |
| PNC Bank, National Association, its successors and/or assigns<br>                                Movant<br>            vs.<br><br>Michael Jude Billera aka Michael Billera, aka Michael J. Billera<br>Cynthia M. Billera aka Cynthia Billera, aka Cynthia Marie Billera<br>                                Debtor(s)<br><br>WILLIAM MILLER*R<br>                                Trustee | NO. 17-18394 REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PNC Bank, National Association, which was filed with the Court on or about **January 25, 2018; Docket No. 29**.

                                          Respectfully submitted,

                                          **/s/ Kevin G. McDonald, Esquire**
                                          Kevin G. McDonald, Esquire
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          215-627-1322

October 4, 2018