# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael Jude Billera aka Michael Billera, aka Michael J. Billera<br>        Cynthia M. Billera aka Cynthia Billera, aka Cynthia Marie Billera<br>        Debtor | CHAPTER 13 |
| PNC Bank, National Association<br>        Movant<br>    vs. | NO. 17-18394 REF |
| Michael Jude Billera aka Michael Billera, aka Michael J. Billera<br>Cynthia M. Billera aka Cynthia Billera, aka Cynthia Marie Billera<br>        Debtor | 11 U.S.C. Section 362 |
| William Miller*R<br>        Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion of PNC Bank, National Association for Relief from the Automatic Stay Under Section 362, which was filed with the Court on or about September 28, 2018 (Document No. 42).

> Respectfully submitted,
>
> **/s/ Kevin G. McDonald, Esquire**
> Kevin G. McDonald, Esquire
> Attorney for Movant
> KML Law Group, P.C.
> BNY Mellon Independence Center
> 701 Market Street, Suite 5000
> Philadelphia, PA  19106
> 215-627-1322

October 26, 2018