United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Michael Jode Billera    : Case No.: 17-18394
Cynthia M. Billera    :

: CERTIFICATION OF BUSINESS DEBTOR
  REGARDING MONTHLY REPORT

I, Michael Jode Billera, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of _____ January 2018 _____.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: 9-11-18    X_____
                                              Debtor

Date: 9-11-18    _____
                                              Debtor

IN THE MATTER OF:      Case No. __17-18394__

PETITION FILED: _____

MONTHLY REPORT NO. _____

DEBTOR IN POSSESSION      MONTH ENDED __Jan, 2018__

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER _____ MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) __0__

2. Receipts during Report Period:

    a. Salary and Commissions      __N/A__

    b. Interest or Dividend Income      __N/A__

    c. Real Estate Rental      __N/A__

    d. Other (Describe-Schedule A)      __N/A__

    TOTAL RECEIPTS      _____

3. Disbursements:

    a. Taxes – IRS      _____

    b. Taxes-State, including any sales tax due      _____

    c. Taxes- Real Estate      _____

    d. Taxes- Other      _____

    e. Utilities      _____

    f. Mortgage(s) or Rent(s)      _____

    g. Insurance premiums (list type)      _____

    h. Food      _____

    i. Medical      _____

    j. Car loan      _____

    k. Automobile expenses      _____

CASE NO. _____          MONTH ENDING __Jan. 2017__

    l. Clothing     _____

    m. Gifts – donations (Schedule B)   _____

    n. Tuitions (Schedule B)   _____

    o. Other (Describe) Fee's   __335.00__
    Membership Real Estate + MLS Fee's

TOTAL DISBURSEMENTS

4. Balance at end of reporting period [ (1-2) – 3] _____

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? _____

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S) _____

    BRANCH _____

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: __N/A__

    BRANCH: __N/A__

SCHEDULE A

(2)(d) Other:



SCHEDULE B

Gifts – donations/Name(s) of recipient(s):



Tuition(s) list name and school(s):

CASE NO. _____     MONTH ENDING  JAN. 2018

SCHEDULE C

Outstanding obligations:  (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____     9-11-18
SIGNATURE OF DEBTOR(S)                 DATE