United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Michael Jode Billera   : Case No.: 17-18394
Cynthia M. Billera :

: CERTIFICATION OF BUSINESS DEBTOR
REGARDING MONTHLY REPORT

I, Michael Jude Billera, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of April 2018.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: 9/11/18 _____ Debtor

Date: 9/11/18 _____ Debtor

IN THE MATTER OF:

Case No. _____

**DEBTOR IN POSSESSION**

PETITION FILED: _____

MONTHLY REPORT NO. _____

MONTH ENDED __4/18__

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER ____ MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) _____

2. Receipts during Report Period:
   a. Salary and Commissions _____
   b. Interest or Dividend Income ___N/A___
   c. Real Estate Rental ___N/A___
   d. Other (Describe-Schedule A) ___N/A___
   TOTAL RECEIPTS ___N/A___

3. Disbursements:
   a. Taxes – IRS _____
   b. Taxes-State, including any sales tax due _____
   c. Taxes- Real Estate _____
   d. Taxes- Other _____
   e. Utilities _____
   f. Mortgage(s) or Rent(s) _____
   g. Insurance premiums (list type) _____
   h. Food _____
   i. Medical _____
   j. Car loan _____
   k. Automobile expenses _____

CASE NO. _____                ·MONTH ENDING __4/18__

    l. Clothing                              _____

    m. Gifts – donations (Schedule B)        _____

    n. Tuitions (Schedule B)                  _____

    o. Other (Describe)                       _____

    TOTAL DISBURSEMENTS

4. Balance at end of reporting period [ (1-2) – 3] _____

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? _____

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S) _____

    BRANCH _____

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: _____

    BRANCH: _____

<u>SCHEDULE A</u>

(2)(d)  Other:



<u>SCHEDULE B</u>

Gifts – donations/Name(s) of recipient(s):



Tuition(s) list name and school(s):

CASE NO. _____          MONTH ENDING   4/18

SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____          4-11-18
SIGNATURE OF DEBTOR(S)                    DATE