United States Bankruptcy Court

Eastern District of Pennsylvania

In re: *Michael Jode Billera,* Case No.: *17- 18394*
*Cynthia M. Billera,*

: CERTIFICATION OF BUSINESS DEBTOR
REGARDING MONTHLY REPORT

I, *Michael Jode Billera*, being of full age and duly sworn upon
my oath, depose(s) and say(s):

1.  I am the business Debtor(s) in the above referenced matter.

2.  I have completed and attached a Monthly Financial Report for the month of
*May 2018*.

3.  All of the information in the Monthly Financial Report is complete, true and correct
to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United
States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee
in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy
Code.

Date: *9/11/18*    X _____
                                                              Debtor

Date: *9/11/18*    _____
                                                              Debtor

IN THE MATTER OF:                    Case No. _____

                                     PETITION FILED: _____

                                     MONTHLY REPORT NO. _____

DEBTOR IN POSSESSION                 MONTH ENDED ___5/18_____

---

**ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE**

<u>CHAPTER</u>    <u>MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS</u>

1. Cash on Hand  (on filing date, or  thereafter, from prior reporting period)  _____

2. Receipts during Report Period:

   a.  Salary and Commissions    _____ 3539.32 _____

   b.  Interest or Dividend Income    _____ N/A _____

   c.  Real Estate Rental    _____ N/A _____

   d.  Other  (Describe-Schedule A)    _____ N/A _____

        TOTAL RECEIPTS    _____

3. Disbursements:

   a.  Taxes – IRS    _____ 885.00 389.00 _____

   b.  Taxes-State, including any
       sales tax due    _____ 142.00 _____

   c.  Taxes- Real Estate    _____

   d.  Taxes- Other    _____ 71.00 _____

   e.  Utilities    _____

   f.  Mortgage(s) or Rent(s)    _____

   g.  Insurance premiums (list type)    _____

   h.  Food    _____

   i.  Medical    _____

   j.  Car loan    _____

   k.  Automobile expenses    _____

CASE NO. _____    MONTH ENDING _5/18____

    l. Clothing      _____

    m. Gifts – donations (Schedule B)   _____

    n. Tuitions (Schedule B)     ____ _N/A_____

    o. Other (Describe)     _____

    TOTAL DISBURSEMENTS

4. Balance at end of reporting period [ (1-2) – 3] _____

5. Are you paying all your debts (post filing) as they are incurred?  If not, list outstanding
   obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? _____ _N/A_____

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S) _____

    BRANCH _____

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: _____ _N/A_____

    BRANCH: _____

SCHEDULE A

(2)(d)  Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

Tuition(s) list name and school(s): _N/A_

CASE NO. _____                    MONTH ENDING _5/18_

SCHEDULE C

Outstanding obligations:  (List payee and date incurred)

N/A

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____                    _9-11-18_
SIGNATURE OF DEBTOR(S)                               DATE