United States Bankruptcy Court

Eastern District of Pennsylvania

In re: *Michael Jode Billera* : Case No.: *17-18394*
*Cynthia M. Billera* :

: CERTIFICATION OF BUSINESS DEBTOR
  REGARDING MONTHLY REPORT

I, *Michael Jude Billera*, being of full age and duly sworn upon
my oath, depose(s) and say(s):

1.  I am the business Debtor(s) in the above referenced matter.

2.  I have completed and attached a Monthly Financial Report for the month of
    *June 2018* .

3.  All of the information in the Monthly Financial Report is complete, true and correct
to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United
States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee
in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy
Code.

Date: *9/11/18*  X _____
                                              Debtor

Date: *9/11/18*  _____
                                              Debtor

IN THE MATTER OF:                    Case No._____

PETITION FILED: _____

MONTHLY REPORT NO. _____

DEBTOR IN POSSESSION          MONTH ENDED \_\_\_\_\_6|18_____

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

<u>CHAPTER    MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS</u>

1. Cash on Hand  (on filing date, or  thereafter, from prior reporting period) _____

2. Receipts during Report Period:

    a.  Salary and Commissions          \_\_\_\_2748.56\_\_\_\_\_

    b.  Interest or Dividend Income        \_\_\_\_N/A\_\_\_\_\_

    c.  Real Estate Rental              \_\_\_\_N/A\_\_\_\_\_

    d.  Other  (Describe-Schedule A)        \_\_\_\_N/A\_\_\_\_\_

       TOTAL RECEIPTS                  _____

3. Disbursements:

    a.  Taxes – IRS              \_\_\_\_302.00\_\_\_\_\_

    b.  Taxes-State, including any        \_\_\_\_110.00\_\_\_\_\_
        sales tax due

    c.  Taxes- Real Estate            _____

    d.  Taxes- Other              \_\_\_\_55.00\_\_\_\_\_

    e.  Utilities                _____

    f.  Mortgage(s) or Rent(s)          _____

    g.  Insurance premiums (list type)      _____

    h.  Food                  _____

    i.  Medical                _____

    j.  Car loan                _____

    k.  Automobile expenses          _____

CASE NO. _____     MONTH ENDING  6|18 _____

    l.  Clothing               _____

    m.  Gifts – donations (Schedule B)   _____

    n.  Tuitions (Schedule B)        _____

    o.  Other (Describe) _Membership Fees_ _110.00_____

TOTAL DISBURSEMENTS

4.  Balance at end of reporting period [ (1-2) – 3]  _____

5.  Are you paying all your debts (post filing) as they are incurred?  If not, list outstanding
    obligations and amounts due at end of current period on Schedule C.

6.  Is all insurance paid up-to-date?    N|A_____

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S)  _____

    BRANCH _____

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: _____

    BRANCH: _____

SCHEDULE A

(2)(d)  Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

Tuition(s) list name and school(s):

CASE NO. _____                    MONTH ENDING ___6|18___

SCHEDULE C

Outstanding obligations:  (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____                    ___9-11-18___
SIGNATURE OF DEBTOR(S)                               DATE