United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Michael Jode Billera       : Case No.: 17-18394
Cynthia M. Billera              :

: CERTIFICATION OF BUSINESS DEBTOR
  REGARDING MONTHLY REPORT

I, Michael Jode Billera, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of ___July, 2018___.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: 9-11-18    X _____
                                        Debtor

Date: 9-11-18    _____
                                        Debtor

IN THE MATTER OF:          Case No._____

                                        PETITION FILED: _____

                                        MONTHLY REPORT NO. _____

DEBTOR IN POSSESSION          MONTH ENDED  *July 2018*

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER ___    MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) _____

2. Receipts during Report Period:

    a.  Salary and Commissions          *N/A*

    b.  Interest or Dividend Income      *N/A*

    c.  Real Estate Rental              *N/A*

    d.  Other (Describe-Schedule A)     *N/A*

        TOTAL RECEIPTS                          _____

3. Disbursements:

    a.  Taxes – IRS                    _____

    b.  Taxes-State, including any sales tax due    _____

    c.  Taxes- Real Estate          _____

    d.  Taxes- Other                _____

    e.  Utilities                       _____

    f.  Mortgage(s) or Rent(s)      _____

    g.  Insurance premiums (list type)    _____

    h.  Food                          _____

    i.  Medical                      _____

    j.  Car loan                    _____

    k.  Automobile expenses       _____

CASE NO. _____          MONTH ENDING 7/18

    l. Clothing                                 _____

    m. Gifts – donations (Schedule B)    _____

    n. Tuitions (Schedule B)               _____

    o. Other (Describe)                    _____

    TOTAL DISBURSEMENTS

4. Balance at end of reporting period [ (1-2) – 3] _____

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? _____

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S) _____

    BRANCH _____

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: _____

    BRANCH: _____

<u>SCHEDULE A</u>

(2)(d)  Other:


<u>SCHEDULE B</u>

Gifts – donations/Name(s) of recipient(s):



Tuition(s) list name and school(s):

CASE NO. _____  MONTH ENDING 7/18

SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____     9-11-18
SIGNATURE OF DEBTOR(S)                    DATE