United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-18394-amc
Michael Jude Billera                                                      Chapter 13
Cynthia M. Billera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: BarbaraS              Page 1 of 2              Date Rcvd: Jun 14, 2019
                              Form ID: 152                Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
db/jdb         Michael Jude Billera,    Cynthia M. Billera,    616 Parkway Road,    Allentown, PA  18104-4433
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14078594      +Ally Financial Inc.,    Lavin O'Neil Cedrone & Disipio,    190 North Independence Mall West,
                6th & Race Streets, Suite 500,    Philadelphia, PA 19106-1557
14027956      +First Federal Credit C,    24700 Chagrin Blvd Ste 2,    Cleveland, OH 44122-5662
14027957       Mohela/Dept of Ed,    633 Spirit Dr,    Chesterfield, MO  63005-1243
14027960     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
              (address filed with court: Nissan-Infiniti Lt,    2901 Kinwest Pkwy,    Irving, TX  75063-5816)
14027958       Nissan Infdinity Lt,    Attn: Bankruptcy,    PO Box 660360,    Dallas, TX  75266-0360
14027959       Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    PO Box 660360,
                Dallas, TX  75266-0360
14027961       Oaa Orthopaedic Specialists,    c/o Penn Credit,    916 S 14th St,    Harrisburg, PA  17104-3425
14047250      +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14032788      +PNC Bank, National Association,    KML Law Group, P.C.,    701 Market Street, Ste 5000,
                Philadelphia, PA 19106-1541
14027963       Pnc Bank,    Attn: Bankruptcy,    249 5th Ave Ste 30,    Pittsburgh, PA  15222-2707
14027964       Pnc Mortgage,    PO Box 8703,    Dayton, OH  45401-8703
14113429      +South Whitehall Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
14113430      +South Whitehall Township Authority,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
14027966       Specialists Epgi Gastr,    c/o First Federal Credit C,    24700 Chagrin Blvd Ste 2,
                Cleveland, OH  44122-5647
14030523      +U S Department of Education/MOHELA,    633 Spirit Drive,    Chesterfield, MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2019 03:33:21
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2019 03:33:59     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14038074       E-mail/Text: ally@ebn.phinsolutions.com Jun 15 2019 03:31:26     Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
14038062       E-mail/Text: ally@ebn.phinsolutions.com Jun 15 2019 03:31:26     Ally Financial,
                200 Renaissance Ctr,    Detroit MI 48243-1300
14027955       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2019 03:28:14     Citibank N.A.,
                c/o Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4952
14050927       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2019 03:28:15
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14027965       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2019 03:27:50
                Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4952
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Ally Financial Inc.,    P.O. Box 130424,    Roseville, MN 55113-0004
cr*           +South Whitehall Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
cr*           +South Whitehall Township Authority,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
14027962      ##Penn Credit,    916 S 14th St,    Harrisburg, PA  17104-3425
                                                                                   TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: BarbaraS              Page 2 of 2                   Date Rcvd: Jun 14, 2019
                              Form ID: 152                Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JAMES RANDOLPH WOOD    on behalf of Creditor   South Whitehall Township jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JAMES RANDOLPH WOOD    on behalf of Creditor   South Whitehall Township Authority
           jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
          JOHN EVERETT COOK    on behalf of Debtor Michael Jude Billera bankruptcy@everettcooklaw.com,
           G29494@notify.cincompass.com
          JOHN EVERETT COOK    on behalf of Joint Debtor Cynthia M. Billera bankruptcy@everettcooklaw.com,
           G29494@notify.cincompass.com
          KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   PNC Bank, National Association
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
           bkgroup@kmllawgroup.com
          REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC Bank, N.A. wgouldsbury@udren.com,
           vbarber@udren.com
                                                                                             TOTAL: 14
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Michael Jude Billera and Cynthia M. Billera

    Debtor(s)

Case No: 17−18394−amc

Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 7/11/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

62
Form 152