IN THE MATTER OF:    Case No. _17-18394 AMC_

PETITION FILED: _____

MONTHLY REPORT NO. _____

DEBTOR IN POSSESSION    MONTH ENDED _March 2018_

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

_AMENDED_ CHAPTER _13_ MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) _____

2. Receipts during Report Period:

    a. Salary and Commissions    _1036.00_

    b. Interest or Dividend Income    _N/A_

    c. Real Estate Rental    _N/A_

    d. Other (Describe-Schedule A)    _N/A_

    TOTAL RECEIPTS    _____

3. Disbursements:

    a. Taxes – IRS    _114.00_

    b. Taxes-State, including any sales tax due    _41.00_

    c. Taxes- Real Estate    _____

    d. Taxes- Other    _21.00_

    e. Utilities    _____

    f. Mortgage(s) or Rent(s)    _____

    g. Insurance premiums (list type)    _____

    h. Food    _____

    i. Medical    _____

    j. Car loan    _____

    k. Automobile expenses    _____

CASE NO. _____    MONTH ENDING 3/18

   l. Clothing    _____

   m. Gifts – donations (Schedule B)    _____

   n. Tuitions (Schedule B)    _____

   o. Other (Describe)    110.00
   Membership Fee's
TOTAL DISBURSEMENTS

4. Balance at end of reporting period [ (1-2) – 3]  $750.00

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? _____

Debtor in Possession Checking Account(s):

NAME, LOCATION AND NUMBER(S) BBT, Tilghman #6260

BRANCH Tilghman St.

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

DESCRIBE: _____

BRANCH: _____

SCHEDULE A

(2)(d) Other:


SCHEDULE B

Gifts – donations/Name(s) of recipient(s):


Tuition(s) list name and school(s):

CASE NO. _____                    MONTH ENDING  3/18

SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____                    9-11-18
SIGNATURE OF DEBTOR(S)                       DATE

United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Michael Jude Billera : Case No.: 17-18394
Cynthia M. Billera :

: CERTIFICATION OF BUSINESS DEBTOR
REGARDING MONTHLY REPORT

I, Michael Jude Billera, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of March 2018.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: 9-11-18   X_____
                                    Debtor

Date: 9-11-18   Cynthia M Billera_____
                                    Debtor