IN THE MATTER OF:

Case No. #17-18394 Amc

DEBTOR IN POSSESSION

PETITION FILED: _____

MONTHLY REPORT NO. _____

MONTH ENDED __4/18__

AMENDED

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

## CHAPTER 13 MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) __0__

2. Receipts during Report Period:
   a. Salary and Commissions __N/A__
   b. Interest or Dividend Income __N/A__
   c. Real Estate Rental __N/A__
   d. Other (Describe-Schedule A) __N/A__
   
   TOTAL RECEIPTS __N/A__

3. Disbursements:
   a. Taxes – IRS _____
   b. Taxes-State, including any sales tax due __N/A__
   c. Taxes- Real Estate __N/A__
   d. Taxes- Other __N/A__
   e. Utilities __N/A__
   f. Mortgage(s) or Rent(s) __N/A__
   g. Insurance premiums (list type) __N/A__
   h. Food __N/A__
   i. Medical __N/A__
   j. Car loan __N/A__
   k. Automobile expenses __N/A__

CASE NO. _____     MONTH ENDING __4/18__

    l. Clothing     __N/A__

    m. Gifts – donations (Schedule B)     __N/A__

    n. Tuitions (Schedule B)     __N/A__

    o. Other (Describe)     __—__

TOTAL DISBURSEMENTS

4. Balance at end of reporting period [ (1-2) – 3]     __0__

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date?     __N/A__

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S)   __BBT, Tilghman, # 6260__

    BRANCH   __Tilghman St.__

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE:   __—__

    BRANCH:   __—__

SCHEDULE A

(2)(d)  Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

Tuition(s) list name and school(s):

CASE NO. _____     MONTH ENDING __4/18__

<u>SCHEDULE C</u>

Outstanding obligations: (List payee and date incurred)




I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____        __9-11-18__
SIGNATURE OF DEBTOR(S)                        DATE

United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Michael Jode Billera     : Case No.: 17-18394
Cynthia M. Billera :

: CERTIFICATION OF BUSINESS DEBTOR
REGARDING MONTHLY REPORT

I, Michael Jude Billera, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of April 2018.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: 9/11/18 _____ Debtor

Date: 9/11/18  Cynthia M Billera _____ Debtor