IN THE MATTER OF:                    Case No. _*17*_ - *18394*   *AMC*_

                                     PETITION FILED: _____

                                     MONTHLY REPORT NO. _____

DEBTOR IN POSSESSION                 MONTH ENDED ___*5/18*_____

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

*AMENDED* CHAPTER *13* MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) _____

2. Receipts during Report Period:

    a. Salary and Commissions          ___*3539.32*___

    b. Interest or Dividend Income      ___*N/A*___

    c. Real Estate Rental               ___*N/A*___

    d. Other (Describe-Schedule A)      ___*N/A*___

        TOTAL RECEIPTS                  _____

3. Disbursements:

    a. Taxes – IRS                      ___*885.00 389.00*___

    b. Taxes-State, including any       ___*142.00*___
       sales tax due

    c. Taxes- Real Estate               _____

    d. Taxes- Other                     ___*71.00*___

    e. Utilities                        _____

    f. Mortgage(s) or Rent(s)           _____

    g. Insurance premiums (list type)   _____

    h. Food                             _____

    i. Medical                          _____

    j. Car loan                         _____

    k. Automobile expenses              _____

CASE NO. _____     MONTH ENDING ___5/18___

    l. Clothing             _____

    m. Gifts – donations (Schedule B)   _____

    n. Tuitions (Schedule B)       ____N/A_____

    o. Other (Describe)          _____

    TOTAL DISBURSEMENTS

4. Balance at end of reporting period [ (1-2) – 3] $2,937.32

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding
   obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? _____N/A_____

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S) _BBT, Tilghman #6260_

    BRANCH _Tilghman_____

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: _____N/A_____

    BRANCH: _____

SCHEDULE A

(2)(d) Other:

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):

Tuition(s) list name and school(s):   N/A

CASE NO. _____                    MONTH ENDING  3/18

SCHEDULE C

Outstanding obligations:  (List payee and date incurred)

N/A

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY
KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT.  I FURTHER CERTIFY THAT
ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING
PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____                    9-11-18
SIGNATURE OF DEBTOR(S)                           DATE

United States Bankruptcy Court

Eastern District of Pennsylvania

In re: *Michael Jude Billera*   Case No.: *17- 18394*
*Cynthia M. Billera*:

: CERTIFICATION OF BUSINESS DEBTOR
REGARDING MONTHLY REPORT

I, *Michael Jude Billera*, being of full age and duly sworn upon
my oath, depose(s) and say(s):

1.  I am the business Debtor(s) in the above referenced matter.

2.  I have completed and attached a Monthly Financial Report for the month of
*May 2018*.

3.  All of the information in the Monthly Financial Report is complete, true and correct
to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United
States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee
in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy
Code.

Date: *9/11/18*   X _____
                                          Debtor

Date: *9/11/18*   _____
                                          Debtor