IN THE MATTER OF:    Case No. 17-18394 AMC

PETITION FILED: _____

MONTHLY REPORT NO. _____

DEBTOR IN POSSESSION    MONTH ENDED July 2018

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

AMENDED  CHAPTER 13 MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) _____

2. Receipts during Report Period:

    a. Salary and Commissions          N/A

    b. Interest or Dividend Income     N/A

    c. Real Estate Rental              N/A

    d. Other (Describe-Schedule A)     N/A

    TOTAL RECEIPTS                     _____

3. Disbursements:

    a. Taxes – IRS                     N/A

    b. Taxes-State, including any sales tax due    N/A

    c. Taxes- Real Estate              N/A

    d. Taxes- Other                    N/A

    e. Utilities                       N/A

    f. Mortgage(s) or Rent(s)          N/A

    g. Insurance premiums (list type)  N/A

    h. Food                            N/A

    i. Medical                         N/A

    j. Car loan                        N/A

    k. Automobile expenses             N/A

CASE NO. _____     MONTH ENDING 7/18

    l. Clothing     N/A

    m. Gifts – donations (Schedule B)     N/A

    n. Tuitions (Schedule B)     N/A

    o. Other (Describe)     N/A

TOTAL DISBURSEMENTS

4. Balance at end of reporting period [ (1-2) – 3]     0

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date?     yes

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S)   BBT Tilghman #6260

    BRANCH     Tilghman

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: _____

    BRANCH: _____

## SCHEDULE A

(2)(d) Other:


## SCHEDULE B

Gifts – donations/Name(s) of recipient(s):



Tuition(s) list name and school(s):

CASE NO. _____          MONTH ENDING  7/18

### SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____          9-11-18
SIGNATURE OF DEBTOR(S)                   DATE

United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Michael Jude Billera   : Case No.: 17-18394
Cynthia M. Billera            :
                              :
                              : CERTIFICATION OF BUSINESS DEBTOR
                                REGARDING MONTHLY REPORT

I, Michael Jude Billera, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of July, 2018.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: 9-11-18    X_____
                                    Debtor

Date: 9-11-18    _____
                                    Debtor