# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Michael Jude Billera : | |
| | Cynthia M. Billera : | No. 17-18394 amc |
| | : | Chapter 13 |
| | : | |

## CERTIFICATE OF SERVICE

I, Everett Cook, Esq., attorney for the above-named debtor do hereby certify that I have caused to be served on this date, by First Class Mail or ECF filing, a true and correct copy of the Debtors' 5th Amended Chapter 13 Plan upon those creditors and parties in interest listed on the attached Label Matrix for Local Noticing and the following:

**REGINA COHEN**
Lavin Cedrone Graver Boyd & Disipio
190 North Independence Mall West
6th & Race Streets
Suite 500
Philadelphia, PA 19106

**SCOTT WATERMAN**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

**WALTER WILLIAM GOULDSBURY, III**
Udren Law Office, P.C.
111 Woodcrest Rd.
Suite 200
Cherry Hill, NJ 08003

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

**KEVIN G. MCDONALD**
KML LAW GROUP, P.C.
701 Market St. Suite 5000
Philadelphia, PA 19106

**ROLANDO RAMOS-CARDONA**
Office of Scott F. Waterman, Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606-4010

**REBECCA ANN SOLARZ**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**MATTEO SAMUEL WEINER**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

| | |
|---|---|
| **JAMES RANDOLPH WOOD**<br>Portnoff Law Associates, Ltd.<br>2700 Horizon Drive<br>Suite 100<br>King of Prussia, PA 19406 | U S Department of Education/MOHELA<br>633 Spirit Drive<br>Chesterfield, MO 63005 |
| Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 | PNC Bank, N.A.<br>3232 Newmark Drive<br>Miamisburg, OH 45342 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | South Whitehall Township<br>c/o Portnoff Law Associates, Ltd.<br>P.O. Box 3020<br>Norristown, PA 19404 |
| South Whitehall Township Authority<br>c/o Portnoff Law Associates, Ltd.<br>P.O. Box 3020<br>Norristown, PA 19404 | |

Dated: 9/4/19

Signed: /s/ Everett Cook
By: Everett Cook, Esq.
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA, 18052
Bar I.D. #202039
Phone: (610) 351-3566
Fax:    (610) 351-3556