United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Jude Billera  
Cynthia M. Billera  
    Debtors

Case No. 17-18394-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 1      Date Rcvd: Oct 03, 2019  
                          Form ID: 155      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.  
db/jdb      Michael Jude Billera,    Cynthia M. Billera,    616 Parkway Road,    Allentown, PA   18104-4433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:

     FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
     JAMES RANDOLPH WOOD    on behalf of Creditor     South Whitehall Township Authority jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
     JAMES RANDOLPH WOOD    on behalf of Creditor    South Whitehall Township jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
     JOHN EVERETT COOK    on behalf of Debtor Michael Jude Billera bankruptcy@everettcooklaw.com, G29494@notify.cincompass.com  
     JOHN EVERETT COOK    on behalf of Joint Debtor Cynthia M. Billera bankruptcy@everettcooklaw.com, G29494@notify.cincompass.com  
     KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
     KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com  
     MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
     REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
     REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com, ksweeney@lavin-law.com  
     ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com, ecf_frpa@trustee13.com  
     SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC Bank, N.A. wgouldsbury@udren.com, vbarber@udren.com

     TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Michael Jude Billera and Cynthia M. Billera

   Debtor(s)

Chapter: 13
Bankruptcy No: 17−18394−amc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

  AND NOW, this October 3, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

  A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

  B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

  C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

            Ashely M. Chan
            Judge ,
            United States Bankruptcy Court

                80
               Form 155