# UNITED STATES BANKRUPCTY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Michael & Cynthia Billera  :     Chapter 13
                   Debtor.        :     No: 17-18394ref
                                     :

## NOTICE

To the Debtor, all creditors, Interim Trustee, U.S. Assistant Trustee and parties in interest, Notice is given:

That Everett Cook, Esquire, Counsel for Debtor(s), has filed an Application with the Court requesting approval of his fees in the total amount of THREE THOUSAND SIX HUNDRED FORTY FOUR AND 00/100 DOLLARS ($3.644.00) and expenses in the amount of FOUR HUNDRED ONE AND 95/100 DOLLARS ($364.89).

That the Debtor, any creditor or party in interest may file an answer, objection, request for hearing, other responsive pleading, on or before November 4, 2019 (21 days) with the Clerk, U.S. Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, Pennsylvania 19602, and serve a copy on the Debtor's Counsel, whose name and address appear below.

If no objection is filed to the Application on or before November 4, 2019 (21 days), Applicant shall file a Certification of No Objection and the matter then may be decided by the Court without hearing.

Dated: 10/14/19                          Signed: /s/ Everett Cook
                                                    By: Everett Cook, Esq.
                                                    The Law Offices of Everett Cook, P.C.
                                                    2309 MacArthur Road
                                                    Whitehall, PA, 18052
                                                    Bar I.D. #202039
                                                    Phone: (610) 351-3566
                                                    Fax:    (610) 351-3556