UNITED STATES BANKRUPCTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Michael Billera         :   **Chapter 13**
                    Debtor.     :   No: 17-18394ref
                                :

## CERTIFICATE OF NO RESPONSE TO THE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Everett Cook, Esquire, attorney for the above-named debtor do hereby certify that Twenty-One (21) days have passed since the filing of the Notice of Application, Application and proposed Order upon the creditors and parties in interest listed on the attached Label Matrix for local noticing and the following and no response has been filed or received by any party.

>Rolando Ramos, Esq.
>William C. Miller*r interim Trustee
>for Frederick L. Reigle, Esq.
>2901 St. Lawrence Avenue
>Reading, PA 19606

Dated: 11/4/19

Signed: /s/ Everett Cook
By: Everett Cook, Esq.
**The Law Offices of Everett Cook, P.C.**
2309 MacArthur Road
Whitehall, PA, 18052

Phone: (610) 351-3566
Fax:    (610) 351-3556