## UNITED STATES BANKRUPCTY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       Michael & Cynthia Billera   :      Chapter 13
                        Debtor.          :      No: 17-18394A MC
                                         :

## ORDER

**AND NOW**, upon consideration of the Initial Application for Allowance of Compensation Pursuant to §331 of the United States Bankruptcy Code ("Application"):

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $3,644.00 of which $2,500.00 was received pre-petition for the fee and expenses in the amount of $401.95.

**Date: November 6, 2019**

_____
U.S. Bankruptcy Judge