| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-18394-PMM**

MICHAEL JUDE BILLERA
CYNTHIA M BILLERA
616 PARKWAY ROAD
ALLENTOWN  PA    18104-4433

Petition Filed Date: 12/14/2017
341 Hearing Date: 02/20/2018
Confirmation Date: 10/03/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $1,000.00 | 6000734699 | 01/03/2020 | $100.00 | 6000734697 | 04/21/2020 | $1,000.00 | 6000807871 |
| 04/21/2020 | $1,000.00 | 6000807868 | 04/21/2020 | $1,000.00 | 6000807870 | 06/12/2020 | $500.00 | 19097746214 |
| 06/12/2020 | $500.00 | 19097746212 | 06/12/2020 | $500.00 | 190977462123 | 07/07/2020 | $1,000.00 | 6000848133 |
| 07/07/2020 | $500.00 | 6000848136 | 09/02/2020 | $1,000.00 | 6000881461 | 01/04/2021 | $1,000.00 | 6000946523 |
| 01/04/2021 | $1,000.00 | 6000946526 | 01/04/2021 | $1,000.00 | 6000946527 | 01/04/2021 | $1,000.00 | 6000946528 |
| 01/04/2021 | $1,000.00 | 6000946530 | 01/22/2021 | $1,100.00 | | 02/12/2021 | $1,100.00 | |
| 03/17/2021 | $1,100.00 | | 04/20/2021 | $1,100.00 | | 05/18/2021 | $1,100.00 | |

**Total Receipts for the Period: $18,600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $33,805.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOHN EVERETT COOK ESQ | Attorney Fees | $1,545.95 | $1,545.95 | $0.00 |
| 1 | MOHELA ON BEHALF OF<br>»» 001 | Unsecured Creditors | $40,518.12 | $0.00 | $40,518.12 |
| 2 | ALLY FINANCIAL<br>»» 02S | Secured Creditors | $140.66 | $140.66 | $0.00 |
| 3 | ALLY FINANCIAL<br>»» 02U | Unsecured Creditors | $587.38 | $0.00 | $587.38 |
| 4 | PNC BANK NA<br>»» 003 | Mortgage Arrears | $43,400.29 | $27,084.36 | $16,315.93 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $592.18 | $0.00 | $592.18 |
| 6 | SOUTH WHITEHALL TOWNSHIP<br>»» 005 | Secured Creditors | $1,038.69 | $648.19 | $390.50 |
| 7 | SOUTH WHITEHALL TOWNSHIP<br>»» 006 | Secured Creditors | $2,302.15 | $1,436.69 | $865.46 |

**Chapter 13 Case No. 17-18394-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,805.00 | Current Monthly Payment: | $1,079.96 |
| Paid to Claims: | $30,855.85 | Arrearages: | ($120.84) |
| Paid to Trustee: | $2,949.15 | Total Plan Base: | $54,203.40 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.