| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 17-18394-PMM

MICHAEL JUDE BILLERA
CYNTHIA M BILLERA
616 PARKWAY ROAD
ALLENTOWN  PA    18104-4433

Petition Filed Date: 12/14/2017
341 Hearing Date: 02/20/2018
Confirmation Date: 10/03/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $1,100.00 | | 05/18/2021 | $1,100.00 | | 06/14/2021 | $1,100.00 | |
| 07/26/2021 | $1,100.00 | | 08/23/2021 | $1,100.00 | | 10/12/2021 | $1,100.00 | |
| 10/25/2021 | $1,100.00 | | 12/06/2021 | $1,100.00 | | 12/20/2021 | $1,100.00 | |
| 01/25/2022 | $1,100.00 | | 02/25/2022 | $1,100.00 | | 04/18/2022 | $1,100.00 | |
| 05/16/2022 | $1,100.00 | | 05/23/2022 | $1,100.00 | | 06/29/2022 | $1,100.00 | |
| 08/01/2022 | $1,100.00 | | | | | | | |

**Total Receipts for the Period: $17,600.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $49,205.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOHN EVERETT COOK ESQ | Attorney Fees | $1,545.95 | $1,545.95 | $0.00 |
| 1 | MOHELA ON BEHALF OF<br>»» 001 | Unsecured Creditors | $40,518.12 | $0.00 | $40,518.12 |
| 2 | ALLY FINANCIAL<br>»» 02S | Secured Creditors | $140.66 | $140.66 | $0.00 |
| 3 | ALLY FINANCIAL<br>»» 02U | Unsecured Creditors | $587.38 | $0.00 | $587.38 |
| 4 | PNC BANK NA<br>»» 003 | Mortgage Arrears | $43,400.29 | $39,238.75 | $4,161.54 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $592.18 | $0.00 | $592.18 |
| 6 | SOUTH WHITEHALL TOWNSHIP<br>»» 005 | Secured Creditors | $1,038.69 | $939.09 | $99.60 |
| 7 | SOUTH WHITEHALL TOWNSHIP<br>»» 006 | Secured Creditors | $2,302.15 | $2,081.40 | $220.75 |
| 8 | NISSAN - INFINITI LT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | OAA ORTHOPAEDIC SPECIALIST | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | Specialists Epgi Gastr | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-18394-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $49,205.00 | Current Monthly Payment: | $1,079.96 |
| Paid to Claims: | $43,945.85 | Arrearages: | ($401.40) |
| Paid to Trustee: | $4,247.15 | Total Plan Base: | $54,203.40 |
| Funds on Hand: | $1,012.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.