United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-18394-pmm

Michael Jude Billera  Chapter 13

Cynthia M. Billera

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 10, 2023 | Form ID: 225 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Michael Jude Billera, Cynthia M. Billera, 616 Parkway Road, Allentown, PA 18104-4433 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Apr 10 2023 23:31:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 10 2023 23:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2023      Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor South Whitehall Township Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Apr 10, 2023     Form ID: 225     Total Noticed: 3

JAMES RANDOLPH WOOD
    on behalf of Creditor South Whitehall Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JOHN EVERETT COOK
    on behalf of Debtor Michael Jude Billera bankruptcy@everettcooklaw.com G29494@notify.cincompass.com

JOHN EVERETT COOK
    on behalf of Joint Debtor Cynthia M. Billera bankruptcy@everettcooklaw.com G29494@notify.cincompass.com

KEVIN G. MCDONALD
    on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
    on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor PNC Bank National Association mfarrington@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WALTER WILLIAM GOULDSBURY, III
    on behalf of Creditor PNC Bank N.A. wgouldsbury@rasnj.com


TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                                                       Chapter: 13

       Michael Jude Billera and Cynthia M. Billera

Debtor(s)                                                               Case No: 17−18394−pmm

---

### *ORDER*

       AND NOW, it appearing that the debtor(s) must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. §1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. §109(h)(4),

       AND it Further appearing that the debtor(s) must file a certification regarding domestic support obligations and §522(q) see 11 U.S.C. 1328(a),

       AND, Notice was given to the debtor(s) that this case would be closed without the entry of a discharge order unless the Debtor(s), by a date certain, filed the statement regarding completion of a course in personal financial management, and/or the certification regarding domestic support obligations and §522(q),

       AND, the Debtor(s) has/have not filed the required statement and/or certifications,

       AND, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor(s)'; estate,

       IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is **CLOSED, *without the entry of an order of discharge***.

 

For The Court

Patricia M. Mayer

4/10/23

Judge ,United States Bankruptcy Court