United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                                            Case No. 17-18394-pmm

Michael Jude Billera                                                                                                  Chapter 13

Cynthia M. Billera

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                                               User: admin                                                         Page 1 of 3

Date Rcvd: Apr 26, 2023                                      Form ID: 206                                              Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Michael Jude Billera, Cynthia M. Billera, 616 Parkway Road, Allentown, PA 18104-4433 |
| 14078594 | + | Ally Financial Inc., Lavin O'Neil Cedrone & Disipio, 190 North Independence Mall West, 6th & Race Streets, Suite 500, Philadelphia, PA 19106-1554 |
| 14027960 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan-Infiniti Lt, 2901 Kinwest Pkwy, Irving, TX 75063-5816 |
| 14027961 | | Oaa Orthopaedic Specialists, c/o Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14032788 | + | PNC Bank, National Association, KML Law Group, P.C., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14113429 | + | South Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14113430 | + | South Whitehall Township Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 26 2023 23:44:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 26 2023 23:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14038074 | | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2023 23:44:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14038062 | | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2023 23:44:00 | Ally Financial, 200 Renaissance Ctr, Detroit MI 48243-1300 |
| 14027955 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:45:07 | Citibank N.A., c/o Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14027956 | | Email/Text: rj@ffcc.com | Apr 26 2023 23:44:00 | First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122-5647 |
| 14027957 | | Email/Text: EBN@Mohela.com | Apr 26 2023 23:44:00 | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14030523 | | Email/Text: EBN@Mohela.com | Apr 26 2023 23:44:00 | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14027958 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 26 2023 23:44:00 | Nissan Infdinity Lt, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 14027959 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 26 2023 23:44:00 | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 14047250 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: 206 | Total Noticed: 23 |

| | | Apr 26 2023 23:44:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
|---|---|---|---|
| 14027963 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2023 23:44:00 | Pnc Bank, Attn: Bankruptcy, 249 5th Ave Ste 30, Pittsburgh, PA 15222-2707 |
| 14027964 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2023 23:44:00 | Pnc Mortgage, PO Box 8703, Dayton, OH 45401-8703 |
| 14050927 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:45:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14027965 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:45:04 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14027966 | Email/Text: rj@ffcc.com | Apr 26 2023 23:44:00 | Specialists Epgi Gastr, c/o First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122-5647 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | South Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | South Whitehall Township Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14027962 | ## | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2023           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor South Whitehall Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor South Whitehall Township Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JOHN EVERETT COOK | on behalf of Debtor Michael Jude Billera bankruptcy@everettcooklaw.com G29494@notify.cincompass.com |
| JOHN EVERETT COOK | on behalf of Joint Debtor Cynthia M. Billera bankruptcy@everettcooklaw.com G29494@notify.cincompass.com |
| KEVIN G. MCDONALD | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 26, 2023 | Form ID: 206 | Total Noticed: 23 |

    on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
    on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor PNC Bank National Association mfarrington@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WALTER WILLIAM GOULDSBURY, III
    on behalf of Creditor PNC Bank N.A. wgouldsbury@rasnj.com

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Michael Jude Billera and Cynthia M. Billera        Case No: 17−18394−pmm

    Debtor(s)

_____

NOTICE OF CHAPTER 13 CASE CLOSED
WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 4/26/23

For The Court

Timothy B. McGrath
Clerk of Court